In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00233-CV
_____


IN RE S.D.

Original Proceeding
418th District Court of Montgomery County, Texas
Trial Cause No. 16-06-06557-CV

**MEMORANDUM OPINION**

Relator, S.D., petitioned to compel the Judge of the 418th District Court of Montgomery County, Texas, to set a hearing on pending motions and render a decision regarding access and possession in a suit involving a child in the care of the Texas Department of Family and Protective Services. Mandamus relief is proper to correct a clear abuse of discretion when there is no adequate remedy by appeal. *In re Dep't of Family & Protective Servs.*, 273 S.W.3d 637, 643 (Tex. 2009). After reviewing the petition and the responses of the real parties in interest, we conclude

that Relator has not shown that she is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Submitted on July 14, 2017
Opinion Delivered August 3, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.